UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW GOMBERG, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

SUIT CORNER, INC.

        Defendant.

Case No. 2:23-cv-04306

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
       December 19, 2023

                           Respectfully submitted,

                           /s/ David S. Glanzberg
                           Glanzberg Tobia Law, P.C.
                           *Attorneys for Plaintiff*